# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SZAREWICZ, | Civil Action No. 13 - 0006 |
| Plaintiff, | District Judge Arthur J. Schwab |
| v. | |
| THE ALLEGHENY CO. OFFICE OF COURT RECORDS; *ET AL*, | |
| Defendants. | |

## MEMORANDUM ORDER

On January 3, 2013, the above captioned case was filed in this Court and was referred to a magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on January 7, 2013 (ECF No. 2) recommending that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) be denied in accordance with 28 U.S.C. § 1915(g) and that the action be dismissed for Plaintiff's failure to pay the filing fee, with the right of Plaintiff to reopen by paying the full $350.00 filing fee within sixty (60) days. Plaintiff filed written Objections to the Report and Recommendation on January 16, 2013 (ECF No. 3). Plaintiff's objections do not undermine the determination set forth in the Report and Recommendation.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

**AND NOW**, this 17th day of January, 2013;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* (ECF No. 1) is **DENIED** in accordance with 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for Plaintiff's failure to pay the filing fee, with the right of Plaintiff to reopen by paying the full $350.00 filing fee within sixty (60) days.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 2) dated January 7, 2013, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

Steven Szarewicz
AP-8784
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698